**Henry J. LANGER; Patricia K. Langer, Appellants,**

v.

**COMMISSIONER of INTERNAL REVENUE, Appellee.**

No. 09–3593.

United States Court of Appeals, Eighth Circuit.

Submitted: June 16, 2010.

Filed: June 21, 2010.

Henry J. Langer, Edina, MN, pro se.

Patricia K. Langer, Edina, MN, pro se.

John A. Dicicco, Sara Ann Ketchum, John A. Nolet, Bridget Maria Rowan, U.S. Department of Justice, William Wilkins, Internal Revenue Service, Washington, DC, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

**PER CURIAM.**

Henry Langer and Patricia Langer challenge the tax court's [1] decision, after a bench trial, concluding that their deficiency for tax year 2001 was $32,931, and that they were liable for a penalty in the amount of $6,586.20. Following careful review, *see Campbell v. Comm'r*, 164 F.3d 1140, 1142 (8th Cir.1999) (standards of review for tax court decisions), we affirm for the reasons stated by the tax court. *See* 8th Cir. R. 47B.

---

1. The Honorable Harry A. Haines, United States Tax Court Judge.